

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

───────────────────────

No. 02-23-00489-CV

───────────────────────

IN RE JOHN ANTHONY CASTRO, Relator

───────────────────────

Original Proceeding
Justice of the Peace, Precinct 7 of Tarrant County, Texas
Trial Court No. JP07-22-DC00029121

───────────────────────

Before Bassel, Womack and Wallach, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

Relator has filed a petition for writ of mandamus regarding the actions of a justice of the peace. We lack mandamus jurisdiction over a justice of the peace. *See* Tex. Gov't Code Ann. § 22.221(b)–(c); *see also In re Euristhe*, No. 02-23-00360-CV, 2023 WL 6442934, at *1 (Tex. App.—Fort Worth Oct. 3, 2023, orig. proceeding) (per curiam) (mem. op.) (dismissing mandamus petition for lack of jurisdiction over justice of the peace); *In re Garcia*, No. 13-18-00651-CV, 2018 WL 6219254, at *2 (Tex. App.—Corpus Christi–Edinburg Nov. 28, 2018, orig. proceeding) (mem. op.) ("This Court does not have jurisdiction to issue a writ of mandamus against a justice of the peace."). Accordingly, we dismiss relator's petition for want of jurisdiction.

Per Curiam

Delivered: January 2, 2024